UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARTIER INTERNATIONAL AG and      CASE NO. 9:18-cv-80394-RLR-BER
CARTIER, a division of RICHEMONT
NORTH AMERICA, INC.,

        Plaintiffs,

v.

ADVANCE JEWELRY, INC. d/b/a
RASCAL'S DESIGN JEWELRY,

        Defendant.
_____/

## JOINT MOTION TO STAY CASE PENDING SETTLEMENT

Plaintiff, Cartier International AG and Cartier, a division of Richemont North America, Inc. ("Plaintiff"), and Defendant, Advanced Jewelry, Inc. d/b/a Rascal's Design Jewelry ("Defendant"), respectfully and jointly move the Court for the entry of an Order staying this action for thirty (30) days while the parties conclude efforts to negotiate a settlement of the claims asserted in this action.

Shortly after the commencement of this action, the parties entered into settlement negotiations. To that end, the parties have exchanged information necessary to facilitate a settlement, and the parties are in the process of negotiating the terms of a final order that will resolve all issues raised in this case. The parties anticipate that they will be able to conclude a settlement within thirty (30) days.

The requested stay will allow the parties to focus their efforts on achieving a settlement, and will prevent the Court and parties from expending resources unnecessarily.

WHEREFORE, the parties respectfully request that the Court stay all proceedings in this case for thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| s/ Mark E. Stein<br>By:_____<br>Mark E. Stein<br>Florida Bar No. 818666<br>E-mail:  mark@marksteinlaw.com<br>2999 N.E. 191st Street, Suite 330<br>Aventura, Florida 33180<br>Telephone:  305-356-7550<br><br>John P. Margiotta (*pro hac* forthcoming)<br>Emily Weiss (*pro hac* forthcoming)<br>Melissa Goldstein (*pro hac* forthcoming)<br>Fross Zelnick Lehrman & Zissu, P.C.<br>4 Times Square, 17th Floor<br>New York, New York 10036<br>Telephone:  212-813-5900<br>jmargiotta@fzlz.com<br>eweiss@fzlz.com<br>mgoldstein@fzlz.com<br><br>*Counsel for Plaintiffs* | s/ Samuel A. Lewis<br>By:_____<br>Samuel A. Lewis<br>Florida Bar No. 55360<br>E-Mail:  SLewis@Cozen.com<br>A. Robert Weaver<br>Florida Bar No. 92132<br>E-Mail:  RWeaver@Cozen.com<br>Cozen O'Connor<br>200 South Biscayne Blvd., 30th Floor<br>Miami, Florida 33131<br>Telephone:  305-358-5001<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2018, I served on all counsel of record or pro se parties, via CM/ECF filing, identified on the attached Service List.

s/ Samuel A. Lewis<br>_____

**SERVICE LIST**
*Cartier International AG, et al. v. Advance Jewelry Inc.*
Case No. 9:18-cv-80394-RLR-BER

**Mark E. Stein**
Mark Stein Law
2999 N.E. 191st Street, Suite 330
Aventura, FL 33180
Telephone No. (305) 356-7550
Email: mark@marksteinlaw.com

**John P. Margiotta**
**Emily Weiss**
**Melissa Goldstein**
Fross Zelnick Lehrman & Zissu, P.C.
4 Times Square, 17th Floor
New York, NY 10036
Telephone No. (212) 813-5900
jmargiotta@fzlz.com
eweiss@fzlz.com
mgoldstein@fzlz.com

*Counsel for Plaintiff*