UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80394-ROSENBERG

CARTIER INTERNATIONAL AG &
CARTIER NORTH AMERICA, INC.,

    Plaintiffs,

v.

ADVANCE JEWELRY, INC.,

    Defendant.
_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

This cause is before the Court *sua sponte*. The Court has been informed that a settlement agreement in this case is imminent. It is here hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. The Joint Motion for Stay [DE 12] is **GRANTED**.

3. All pending deadlines are **TERMINATED**.

4. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

5. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

6. All pending motions are **DENIED AS MOOT**.

7. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of April, 2018.

                                                  ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record