AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **Southern District of Florida**  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-80394-RLR | DATE FILED<br>3/28/2018 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Cartier International AG et al | | DEFENDANT<br>Advance Jewelry, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Order attached |

| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK<br>Yesenia Rodriguez | DATE<br>4/27/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

[Print]   [Save As...]   [Reset]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:18-CV-80394-ROSENBERG**

CARTIER INTERNATIONAL AG &
CARTIER NORTH AMERICA, INC.,

      Plaintiffs,

v.

ADVANCE JEWELRY, INC.,

      Defendant.

_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK**
**OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

      This cause is before the Court *sua sponte*. The Court has been informed that a settlement agreement in this case is imminent. It is here hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. The Joint Motion for Stay [DE 12] is **GRANTED**.

3. All pending deadlines are **TERMINATED**.

4. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

5. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

6. All pending motions are **DENIED AS MOOT**.

7. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

      **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of April, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record